<div align="center">CHAMBERLIN and others vs. MOREY.</div>

Where a writ of error is sued out upon a judgment rendered in a court of C.
    P., a transcript of the record must be returned, although the alleged errors
    fully appear in a bill of exceptions taken at the trial; if it be not returned,
    the writ of error will be dismissed.

THIS case was submitted on written briefs at the last
term and at this term, the following disposition was made
of it.

By the Court, BRONSON, J.   This is a writ of error to
Monroe, C. P.   There is a bill of exceptions, but no judgment
record is returned.    So far as appears, no judgment was ever
entered on the verdict.    The common pleas may have granted
a new trial.    But at all events we cannot review a judgment
until it appears that one has been entered.

<div align="right">Writ of error dismissed.</div>